UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jennifer D. Gould, Esq. (034681997)
STARK & STARK, P.C.
993 Lenox Drive
Lawrenceville, New Jersey 08648
Phone: (267) 907-9600
Facsimile: (609) 896-0629
Attorneys for Steward Financial Services
Email: jgould@stark-stark.com

**Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Tyrome Joyner<br>Crystal Joyner<br><br>           Debtors. | Case No.:     18-28009-VFP<br>Chapter:      13<br>Judge:        Papalia<br>Hearing:     August 15, 2019 |

### CONSENT ORDER REGARDING OBJECTION OF STEWARD FINANCIAL SERVICES TO DEBTORS' CHAPTER 13 PLAN AND SURRENDER OF 2011 BMW X5

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Joyner
Case No. 18-28009-VFP
Caption of Order: CONSENT ORDER REGARDING OBJECTION OF STEWARD
FINANCIAL SERVICES AND SURRENDER OF 2011 BMW X5

In light of the Objection to Confirmation filed by Steward Financial Services and Debtors'

Modified Chapter 13 Plan providing for the surrender of a 2011 BMW X5, and the parties

having consented to the entry of this order, and for good cause shown, it is ORDERED as

follows:

     1.    Debtors are indebted to Steward Financial Services ("Steward") pursuant to the

terms of a retail installment sale contract dated January 12, 2015 (the "Contract") with regard to

the purchase of a 2011 BMW X5 5UXZV4C56BL414441 (the "Vehicle").

     2.    Steward filed a Proof of Claim in the sum of $33,852.42 of which $12,450.00

is secured.

     3.    Debtors have not made any post-petition payments.

     3.    Debtors filed a Modified Chapter 13 Plan on July 10, 2019 that provides for

surrender of the Vehicle.

     4.    The stay is hereby vacated as to Vehicle under 11 U.S.C. 362(a).

     5.    Debtors shall surrender the Vehicle to Steward within five (5) days of the date of

this Order.

The undersigned counsel hereby consent
to the form and entry of the foregoing Order.

Stark & Stark, P.C.

By:   /S/ Jennifer D. Gould             By:
      Jennifer D. Gould
      Attorneys for Steward Financial Services      Michelle Labayen
                                             Attorney for the Debtors

Dated: July 31, 2019                  Dated: July 31, 2019