UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jennifer D. Gould, Esq. (034681997)
STARK & STARK, P.C.
993 Lenox Drive
Lawrenceville, New Jersey 08648
Phone: (267) 907-9600
Facsimile: (609) 896-0629
Attorneys for Steward Financial Services
Email: jgould@stark-stark.com

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tyrome Joyner
Crystal Joyner

Debtors.

Case No.:     18-28009-VFP
Chapter:      13
Judge:        Papalia
Hearing:      August 15, 2019

**CONSENT ORDER REGARDING OBJECTION OF STEWARD FINANCIAL SERVICES TO DEBTORS' CHAPTER 13 PLAN AND SURRENDER OF 2011 BMW X5**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 11, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

4813-2248-3041, v. 1

Page 2
Debtor: Joyner
Case No. 18-28009-VFP
Caption of Order: CONSENT ORDER REGARDING OBJECTION OF STEWARD FINANCIAL SERVICES AND SURRENDER OF 2011 BMW X5

In light of the Objection to Confirmation filed by Steward Financial Services and Debtors' Modified Chapter 13 Plan providing for the surrender of a 2011 BMW X5, and the parties having consented to the entry of this order, and for good cause shown, it is ORDERED as follows:

1. Debtors are indebted to Steward Financial Services ("Steward") pursuant to the terms of a retail installment sale contract dated January 12, 2015 (the "Contract") with regard to the purchase of a 2011 BMW X5 5UXZV4C56BL414441 (the "Vehicle").

2. Steward filed a Proof of Claim in the sum of $33,852.42 of which $12,450.00 is secured.

3. Debtors have not made any post-petition payments.

3. Debtors filed a Modified Chapter 13 Plan on July 10, 2019 that provides for surrender of the Vehicle.

4. The stay is hereby vacated as to Vehicle under 11 U.S.C. 362(a).

5. Debtors shall surrender the Vehicle to Steward within five (5) days of the date of this Order.

The undersigned counsel hereby consent
to the form and entry of the foregoing Order.

Stark & Stark, P.C.

By:    /S/ Jennifer D. Gould            By:    _____
       Jennifer D. Gould                       Michelle Labayen
       Attorneys for Steward Financial Services    Attorney for the Debtors

Dated: July 31, 2019                    Dated: July 31, 2019

4813-2248-3041, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-28009-VFP
Tyrome Joyner                                                                   Chapter 13
Crystal Joyner
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Sep 12, 2019
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db          +Tyrome Joyner,    3 Columbus Drive Apt 3,    Bayonne, NJ 07002-4319
jdb         +Crystal Joyner,   3 Columbus Drive Apt 3,    Bayonne, NJ 07002-4319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              John Rafferty     john.rafferty@bonialpc.com
              Margaret Mcgee    on behalf of U.S. Trustee    U.S. Trustee maggie.mcgee@usdoj.gov
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Joint Debtor Crystal    Joyner michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Michelle Labayen    on behalf of Debtor Tyrome    Joyner michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9