| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Marie-Ann Greenberg, MAG-1284*<br>*Marie-Ann Greenberg, Standing Trustee*<br>*30 TWO BRIDGES ROAD*<br>*SUITE 330*<br>*FAIRFIELD, NJ  07004-1550*<br>*973-227-2840*<br>*Chapter 13 Standing Trustee* | <br>Order Filed on October 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   TYROME JOYNER<br>   CRYSTAL JOYNER | Case No.:  18-28009 VFP<br><br>Hearing Date:  10/17/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 22, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): TYROME JOYNER
CRYSTAL JOYNER

Case No.: 18-28009

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/17/2019 on notice to MICHELLE LABAYEN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.