UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen (ML2960)
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tyrome Joyner and
Crystal Joyner

| | |
|---|---|
| Case No.: | 18-28009 |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

## ORDER AUTHORIZING RETENTION OF

Jaqueline Fortino

The relief set forth on the following page is **ORDERED**.

**DATED: November 17, 2020**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain __Jaqueline Fortino__ as __Real Estate Broker__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: Keller Williams Team Realty
    525 Piaget Avenue
    Clifton, NJ 07011

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28009-VFP |
| Tyrome Joyner | Chapter 13 |
| Crystal Joyner | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrome Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |
| jdb | + | Crystal Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jennifer D. Gould | |
| | on behalf of Creditor Steward Financial Services jgould@stark-stark.com  mdepietro@stark-stark.com |
| John Rafferty | |
| | john.rafferty@bonialpc.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Nov 17, 2020     Form ID: pdf903     Total Noticed: 2

Michelle Labayen
       on behalf of Joint Debtor Crystal Joyner michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com

Michelle Labayen
       on behalf of Debtor Tyrome Joyner michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com

Rebecca Ann Solarz
       on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9