UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Michelle Labayen (ML 2960)**
**Law Office of Michelle Labayen**
**24 Commerce Street suite 1300**
**Newark NJ 07102**
**973-622-1584**
michelle@labayenlaw.com

Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re

TYROME JOYNER AND CRYSTAL JOYNER

Case No.:       18-28009

Hearing Date:   December 17, 2020 10:00 am

Judge:          Vincent F. Papalia

# ORDER APPROVING POST-PETITION FINANCING TO PURCHASE PROPERTY LOCATED AT 94 HILLSIDE DRIVE, NORTH HALEDON NJ 07508

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 17, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:    2
Debtors:    Tyrome Joyner and Crystal Joyrner    Case No.: 18-28009
Caption    Motion to Obtain Credit Petition pursuant to 11U.S.C §364 and Rule 4001-3(c)

_____

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, and due notice having been given, it it is hereby

ORDERED that the debtor(s) be and hereby are authorized to purchase and finance the purchase of the real property and improvements located at **94 HILLSIDE DRIVE, NORTH HALEDON NJ 07508** pursuant to the terms described in the debtor's certification in support of the Motion to Obtain Credit; and it is further

ORDERED that the funds provided by the mortgagee are to be used only in connection with the purchase; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ❏ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ <u>1,500.00</u> for representation in connection with this motion, which is to be paid (**choose one**):

x at closing    through the plan    outside the plan; and it is further

2

Page: 3
Debtors: Tyrome Joyner and Crystal Joyrner   Case No.: 18-28009
Caption   Motion to Obtain Credit Petition pursuant to 11U.S.C §364 and Rule 4001-3(c)

_____

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

*rev.8/1/15*