**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Michelle Labayen (ML 2960)**
**Law Office of Michelle Labayen**
**24 Commerce Street suite 1300**
**Newark NJ 07102**
**973-622-1584**
michelle@labayenlaw.com

Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re

   TYROME JOYNER AND CRYSTAL JOYNER

Case No.:   18-28009

Hearing Date:   December 17, 2020 10:00 am

Judge:   Vincent F. Papalia

# ORDER APPROVING POST-PETITION FINANCING TO PURCHASE
# PROPERTY LOCATED AT 94 HILLSIDE DRIVE, NORTH HALEDON NJ 07508

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: December 17, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page: 2
Debtors: Tyrome Joyner and Crystal Joyrner   Case No.: 18-28009
Caption   Motion to Obtain Credit Petition pursuant to 11U.S.C §364 and Rule 4001-3(c)

---

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, and due notice having been given, it it is hereby

ORDERED that the debtor(s) be and hereby are authorized to purchase and finance the purchase of the real property and improvements located at **94 HILLSIDE DRIVE, NORTH HALEDON NJ 07508** pursuant to the terms described in the debtor's certification in support of the Motion to Obtain Credit; and it is further

ORDERED that the funds provided by the mortgagee are to be used only in connection with the purchase; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:

- ❏ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ <u>1,500.00</u> for representation in connection with this motion, which is to be paid (**choose one**):

x at closing    through the plan    outside the plan; and it is further

2

Page:        3
Debtors:     Tyrome Joyner and Crystal Joyrner   Case No.: 18-28009
Caption      Motion to Obtain Credit Petition pursuant to 11U.S.C §364 and Rule 4001-3(c)
_____

      ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 18-28009-VFP
Tyrome Joyner                                                                                    Chapter 13
Crystal Joyner
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                Page 1 of 2
Date Rcvd: Dec 17, 2020                    Form ID: pdf903                         Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tyrome Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |
| jdb | + Crystal Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |
| aty | + Frank D. Samperi, 45 Essex Street, Suite 101, Hackensack, NJ 07601-5417 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2020                             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jgould@stark-stark.com mdepietro@stark-stark.com |
| John Rafferty | john.rafferty@bonialpc.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf903 | Total Noticed: 3 |

    magecf@magtrustee.com

Michelle Labayen
    on behalf of Joint Debtor Crystal Joyner michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com

Michelle Labayen
    on behalf of Debtor Tyrome Joyner michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9