| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |  |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 5, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-28009VFP |
| IN RE:<br><br>   TYROME JOYNER<br>   CRYSTAL JOYNER | Judge:  VINCENT F. PAPALIA |

## ORDER TO RECONVERT CHAPTER 13 PETITION TO CHAPTER 7

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: December 5, 2022**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s): TYROME JOYNER
CRYSTAL JOYNER

Case No.: 18-28009VFP

Caption of Order: ORDER TO RECONVERT CHAPTER 13 PETITION TO CHAPTER 7

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee to reconvert this case, and the Court having considered the Chapter 13 Standing Trustee's Certification, and good and sufficient cause having been shown, it is:

ORDERED, that the case shall be reconverted to Chapter 7.

ORDERED, that the appointment of Marie-Ann Greenberg is hereby terminated.

ORDERED, that within 120 days of the date of this Order, the Chapter 13 Trustee shall file a Final Report including an accounting of all receipts and distributions, or a statement indicating why the report can not be filed.

ORDERED, that within 14 days the debtor shall file:

- amendments to previously filed schedules and statements as necessary,
- all schedules and statements required by 11 U.S.C. 521(a), if such documents have not already been filed, and
- a schedule of all property which was acquired after the commencement of the case, but before the entry of this Order, and
- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this Order, and
- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Tyrome Joyner  
Crystal Joyner  
    Debtors

Case No. 18-28009-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 05, 2022     Form ID: pdf903     Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrome Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |
| jdb | + | Crystal Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |
| aty | + | Frank D. Samperi, 45 Essex Street, Suite 101, Hackensack, NJ 07601-5417 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jennifer D. Gould | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com mdepietro@stark-stark.com |
| John Rafferty | johnrafferty147@live.com |
| Margaret Mcgee | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 05, 2022 | Form ID: pdf903 | Total Noticed: 3 |

    magecf@magtrustee.com

Marshall T. Kizner

    on behalf of Creditor Steward Financial Services mkizner@stark-stark.com

Michelle Labayen

    on behalf of Joint Debtor Crystal Joyner michelle@labayenlaw.com rahaf@labayenlaw.com;arly@labayenlaw.com

Michelle Labayen

    on behalf of Debtor Tyrome Joyner michelle@labayenlaw.com rahaf@labayenlaw.com;arly@labayenlaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9