UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Michelle Labayen (ML2960)**
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on January 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TYROME JOYNER

CRYSTAL JOYNER

Case No.:       18-28009VFP
Chapter:        13
Hearing Date:   01/19/2023 at 10:00am
Judge:          Vincent F. Papalia

## ORDER VACATING THE COURT ORDER

The relief set forth on the following pages, numbered two (2) thought two (2) is hereby **ORDERED**.

**DATED: January 25, 2023**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having reviewed the Debtors' to Motion to Vacate the Court's Order converting this case to one under Chapter 7, and due notice having been given, and no responses or objections having been filed, and for good cause shown, is hereby

ORDERED that:

1. The December 5, 2022 Order to Reconvert Debtors' Chapter 13 Petition to Chapter 7 is vacated.

2. The Debtors shall serve a copy of this Order to all interested parties within three (3) business days of its entry.