UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Michelle Labayen (ML2960)**
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on January 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TYROME JOYNER

CRYSTAL JOYNER

Case No.:    18-28009VFP
Chapter:     13
Hearing Date:    01/19/2023 at 10:00am
Judge:    Vincent F. Papalia

## ORDER VACATING THE COURT ORDER

The relief set forth on the following pages, numbered two (2) thought two (2) is hereby **ORDERED**.

DATED: January 25, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2: 18-28009VFP, TYROME JOYNER & CRYSTAL JOYNER, ORDER VACATING THE COURT ORDER

---

The Court having reviewed the Debtors' to Motion to Vacate the Court's Order converting this case to one under Chapter 7, and due notice having been given, and no responses or objections having been filed, and for good cause shown, is hereby

ORDERED that:

1. The December 5, 2022 Order to Reconvert Debtors' Chapter 13 Petition to Chapter 7 is vacated.

2. The Debtors shall serve a copy of this Order to all interested parties within three (3) business days of its entry.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-28009-VFP |
| Tyrome Joyner | Chapter 7 |
| Crystal Joyner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrome Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |
| jdb | + | Crystal Joyner, 3 Columbus Drive Apt 3, Bayonne, NJ 07002-4319 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wolff | |
| | dwtrustee@verizon.net  NJ50@ecfcbis.com |
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jennifer D. Gould | |
| | on behalf of Creditor Steward Financial Services jennifer.gould@volvo.com  mdepietro@stark-stark.com |
| John Rafferty | |
| | johnrafferty147@live.com |
| Margaret Mcgee | |
| | on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 25, 2023 | Form ID: pdf903 | Total Noticed: 2 |

Marshall T. Kizner
    on behalf of Creditor Steward Financial Services mkizner@stark-stark.com

Michelle Labayen
    on behalf of Joint Debtor Crystal Joyner michelle@labayenlaw.com rahaf@labayenlaw.com;arly@labayenlaw.com

Michelle Labayen
    on behalf of Debtor Tyrome Joyner michelle@labayenlaw.com rahaf@labayenlaw.com;arly@labayenlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9