**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Tyrome Joyner
3 Columbus Drive Apt.3
Bayonee, NJ 07002
SSN: xxx-xx-9008

Crystal Joyner
fka Crystal Caban-Joyner
3 Columbus Drive, Apt. 3
Bayonne, NJ 07002
SSN: xxx-xx-8402

Case No.: 18-28009 VFP

Adversary No.:

Chapter: 7

Judge: Vincent F. Papalia

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Redi Diagnostics Corp., creditor
(Example: John Smith, creditor)

Old address: Marc A. Woliansky, Esq.
239 Avenel Street, P.O. Box 509
Avenel, NJ 07001-0509

New address: Redi Diagnostics Corp.
One Broadway, Suite 102
Elmwood Park, NJ 07407

New phone no.: 201-773-4255
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 6/15/2023

Signature MARC A. WOLIANSKY, ESQ.
Attorney for Redi Diagnostics Corp., creditor

rev.8/1/2021

Brian Romanowsky
ROMANOWSKY
64 Maple Ave.
Morristown NJ 07960

U.S. BANKRUPTCY COURT
NEWARK, NJ

2023 JUL -5 P 1:11

BY: _____
JEANNE A. NAUGHTON
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
50 WALNUT ST RM 3017
NEWARK NJ 07102-3569



$0.60
US POSTAGE
FIRST-CLASS
FROM 07960
JUN 29 2023
stamps
endicia

062S31727079

XRAYED