UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Tyrome Joyner

Case No.: 18-28009

Chapter: 13

Judge: Vincent F. Papalia

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Tyrome Joyner__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/14/2023

/s/ Tyrome Joyner
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Crystal Joyner

Case No.: 18-28009

Chapter: 13

Judge: Vincent F. Papalia

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Crystal Joyner_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 12/14/2023

/s/ Crystal Joyner
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18