UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Tyrome Joyner / Crystal Joyner

Case No.: 18-28009

Adversary No.: _____

Chapter: 13

Judge: VFP

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Tyrome Joyner / Crystal Joyner
(Example: John Smith, creditor)

Old address: 3 Columbus Dr. Apt 3
Bayonne, NJ 07002

New address: 94 Hillside Dr.
North Haledon, NJ 07508

New phone no.: 201-551-7187
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 12/14/2023

Signature: _____

*rev.8/1/2021*