Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 18−28009−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tyrome Joyner<br>94 Hillside Dr.<br>North Haledon, NJ 07508 | Crystal Joyner<br>fka Crystal Caban−Joyner<br>94 Hillside Dr.<br>North Haledon, NJ 07508 |
| Social Security No.:<br>  xxx−xx−9008 | xxx−xx−8402 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 23, 2024</u>
                                  <u>Vincent F. Papalia</u>
                                  Judge, United States Bankruptcy Court